In the Matter of MARY S. PROCHE, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Constituting the Temporary State Housing Rent Commission, Respondent, and MOSES LEINWAND et al., Interveners-Respondents.

Argued June 4, 1954; decided July 14, 1954.

*Nathan Amchan* and *Charles Pokorny* for appellants.

*Beatrice Shainswit* and *Robert H. Schaffer* for Joseph D. McGoldrick, as State Rent Administrator, respondent.

*Edward Ingram* for interveners-respondents.

Order affirmed, without costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.

In the Matter of United Air Lines, Inc., Petitioner-Respondent, against Lazarus Joseph, as Comptroller of the City of New York, Appellant.

Argued May 25, 1954; decided July 14, 1954.